# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| SAROS LICENSING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CHAR-BROIL, LLC,<br><br>    Defendant. | Civil Action No.: 4:19-cv-146-CDL<br><br>TRIAL BY JURY DEMANDED |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 87.1, Plaintiff Saros Licensing LLC states that it is a limited liability company. It does not have a parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

Dated: September 4, 2019

Respectfully submitted,

/s/ Jacqueline K. Burt _____
Jacqueline K. Burt, Esq.
Georgia Bar No. 425322
Insight, PLC
860 Johnson Ferry Road NE #140-176
Atlanta, GA 30342
jburt@insightplc.com
Telephone: (770) 990-9982
Facsimile: (678) 802-1877

ATTORNEY FOR PLAINTIFF