IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| SAROS LICENSING LLC, | |
| Plaintiff, | |
| v. | Case No.: 4:19-cv-00146-CDL |
| CHAR-BROIL, LLC, | |
| Defendant. | |

### STIPULATION TO EXTEND TIME TO FILE ANSWER

In accordance with Local Rule 6.1, the parties hereby file this stipulation to extend the time for the Defendant to file its Answer to the Plaintiff's Complaint by thirty days. Defendant's Answer is currently due today, November 5. Dkt. No. 7. By the parties' stipulation, the Defendant's Answer will now be due December 5, 2019. This is the first such stipulation filed to extend the time to answer the complaint.

/s/ Howard L. Wernow *(w/ express permission)*
Jacqueline K. Burt
INSIGHT, PLC
860 Johnson Ferry Road NE, #140-176
Atlanta, GA 30342
Telephone: (770) 990-9982
*jburt@insightplc.com*

SAND, SEBOLT & WERNOW CO., LPA
Howard L. Wernow (pro hac vice)
Aegis Tower – Suite 1100
4940 Muson Street, N.W.
Canton, OH 44718
Telephone: (330) 244-1174
*Howard.Wernow@sswip.com*

*Attorneys for Plaintiff*
*Saros Licensing LLC*

/s/ John W. Harbin
John W. Harbin
Georgia State Bar No. 324130
MEUNIER CARLIN & CURFMAN, LLC
999 Peachtree Street NE
Suite 1300
Atlanta, GA 30309
Telephone: (404) 645-7700
*jharbin@mcciplaw.com*

*Attorney for Defendant*
*Char-Broil, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 5th day of November 2019, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

Dated: November 5, 2019

                                              /s/ John W. Harbin
                                              John W. Harbin